UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FINISAR CORPORATION,

        Plaintiff,

vs.

CHEETAH OMNI, LLC,

        Defendant.
_____/

Civil Action No.
11-cv-15625

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

MONA K. MAJZOUB
UNITED STATES MAGISTRATE JUDGE

## OPINION AND ORDER
## ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
(Dkt. No. 88) and
## DENYING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS
(Dkt. No. 19)

Before the Court is Magistrate Judge Mona K. Majzoub's Report and Recommendation Denying Plaintiff's Motion for Judgment on the Pleadings. (Dkt. No. 88.)

Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, and **DENIES** Plaintiff's Motion for Judgment on the Pleadings.

**IT IS SO ORDERED.**

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 1-28-13